

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 298TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 30th day of April, 2015, the cause on appeal to revise or reverse the judgment between

CHELSEA DAVIS, Appellant

No. 05-14-01600-CV          V.

MCKOOL SMITH, P.C., Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-13-14215-M.
Opinion delivered by Justice Evans.
Justices Fillmore and Myers, participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MCKOOL SMITH, P.C. recover its costs of this appeal from appellant CHELSEA DAVIS.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 10th day of July, 2015.

_____
LISA MATZ, Clerk